UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROBERT JOHNSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CHEVRON CORPORATION, KINDER MORGAN, ENERGY TRANSFER PARTNERS, TEXACO INC., SUNOCO INC., and COASTAL CORPORATION,<br><br>　　　　Defendants. | HONORABLE KAREN M. WILLIAMS<br><br>Civil Action<br>No. 1:21-CV-20548-KMW-SAK<br><br>**ORDER** |

Before the Court are five motions: (1) Kinder Morgan's ("KM") Motion to Dismiss the Complaint of plaintiff Robert Johnson ("Plaintiff") (ECF No. 6); (2) Chevron Corporation's ("Chevron") Motion to Dismiss Plaintiff's Complaint (ECF No. 17); (3) KM's Motion to Strike or Dismiss Plaintiff's Amended Complaint (ECF No. 22); (4) the Joint Motion of Chevron and Texaco Inc. ("Texaco") to Dismiss Plaintiff's Amended Complaint (ECF No. 30); and (5) Plaintiff's Motion for Leave to Submit a Second Amended Complaint (ECF No. 29).

The Court having considered all the aforementioned motions, as well as the parties' oppositions, replies, sur-replies, and other submissions concerning the same (ECF Nos. 18, 23, 25, 26, 27, 31, 32, 35, 36); and for the reasons set forth in the accompanying memorandum opinion; it is hereby

**ORDERED** this **30th** day of **September 2022** as follows:

1. KM's Motion to Strike or, in the alternative, to Dismiss Plaintiff's Amended Complaint (ECF No. 22) is **DENIED IN PART** and **GRANTED IN PART**:

    a. KM's Motion is **DENIED** insofar as it seeks to Strike the Amended Complaint,

    b. KM's Motion is **GRANTED** to the extent it seeks dismissal of Plaintiff's Amended Complaint under Fed. R. Civ. P. 12(b)(6);

2. Chevron and Texaco's Joint Motion to Dismiss Plaintiff's Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(6) (ECF No. 30) is **GRANTED**;

3. The Motions of KM and Chevron to Dismiss Plaintiff's Complaint (ECF Nos. 6, 17) are **DENIED AS MOOT**;

4. Plaintiff's Motion for Leave to File a Second Amended Complaint (ECF No. 29) is **DENIED**;

5. Plaintiff's Amended Complaint (ECF No. 19) is **DISMISSED WITH PREJUDICE** in its entirety.

        */s/ Karen M. Williams*
        KAREN M. WILLIAMS
        United States District Judge